1  McGREGOR W. SCOTT
United States Attorney
2  KAREN A. ESCOBAR
Assistant U.S. Attorney
3  Federal Courthouse, Suite 4401
2500 Tulare Street
4  Fresno, California 93721
Telephone: (559) 497-4000
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            1:06-CV-00477-OWW-DLB

                     Plaintiff,          APPLICATION AND ORDER
12        v.                             FOR PUBLICATION

13  REAL PROPERTY LOCATED AT 600
    KENTUCKY STREET, BAKERSFIELD,
14  KERN COUNTY, CALIFORNIA, APN: 014-
    270-13, INCLUDING ALL
15  APPURTENANCES AND IMPROVEMENTS
    THERETO,
16
                     Defendant.
17

18        The United States of America, plaintiff herein, applies for an order of publication as follows:

19        1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

20  provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper

21  of general circulation in the district, designated by order of the Court;

22        2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

23  designate by order the appropriate newspaper for publication;

24        3.      The defendant property is located  in Kern County, Bakersfield, California;

25        4.      Plaintiff proposes that publication be made as follows:

26        a.      **Three** publications;

27

28

Dockets.Justia.com

1             b.       In the following newspaper, a legal newspaper of general circulation, located

2    in the county in which the defendant property is located: <u>Daily Report</u>

3             c.       The publication to include the following:

4                      (1)      The Court, title and number of the action;

5                      (2)      The date of the arrest/posting;

6                      (3)      The identity and/or description of the property arrested/posted;

7                      (4)      The name, address and telephone number of the attorney for the

8    plaintiff;

9                      (5)      A statement that claims of persons entitled to possession or claiming

10   an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with

11   the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

12                     (6)      A statement that answers to the complaint must be filed and served

13   within 20 days after the filing of the claim and, in the absence thereof, default may be entered and

14   condemnation ordered;

15                     (7)  A statement that applications for intervention under Fed. R. Civ. P. 24 by

16   persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims

17   for possession; and

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28
                                                 2

1                   (8)     The name, address, and telephone number of the U.S. Marshal and/or

2 Department of Treasury.

3 DATED:   4/26/06               McGREGOR W. SCOTT
                                        United States Attorney

4

5                                   /s/ Karen A. Escobar
                                  KAREN A. ECOBAR

6                                   Assistant U.S. Attorney

7

**ORDER**

8

9      IT IS SO ORDERED.

10      **Dated:   April 27, 2006**              **/s/ Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28