1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA
9

10

11   UNITED STATES OF AMERICA,        )
                                      )
12                                    )
                       Plaintiff,     )              1:06-cv-0477 OWW DLB
13                                    )
          v.                          )
14                                    )
     REAL PROPERTY LOCATED AT 600     )              ORDER DISMISSING ACTION
15   KENTUCKY STREET, etc.,           )              PURSUANT TO STIPULATION
                                      )
16                     Defendant      )
     _____)
17

18        Pursuant to the stipulation submitted by the parties, this

19   action is ordered dismissed with prejudice.
     IT IS SO ORDERED.
20
     Dated:    October 29, 2007            _____/s/ Oliver W. Wanger_____
21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                        1